# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

D and B AUTOMOTIVE EQUIPMENT, INC., et al.,

        Plaintiffs,

v.                                    Case No.  03-CV-141

SNAP-ON, INC., et al.,

        Defendants.

## ORDER RETURNING CASE

On October 24, 2007, a second settlement conference was conducted in this action. The mediation resulted in resolution of all claims.

Accordingly, this action is referred back to the Honorable J. P. Stadtmueller for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>25th</u> day of October, 2007.

                                            BY THE COURT:

                                           <u>s/AARON E. GOODSTEIN</u>
                                           United States Magistrate Judge